# Notice Recipients

District/Off: 0315−2  User: dkam  Date Created: 8/17/2021
Case: 21−21820−JAD  Form ID: pdf900  Total: 11

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr        Ronda J. Winnecour       cmecf@chapter13trusteewdpa.com
aty       Dennis J. Spyra       attorneyspyra@dennisspyra.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Lacy F. Richardson       1501 Library Street       McKeesport, PA 15132
jdb       Regina L. Richardson     1501 Library Street       McKeesport, PA 15132
15403001  Barclays Bank Delaware   P.O. Box 8803             Wilmington, DE 19899
15403002  Carrington Mortgage      15 Enterprise Street      Aliso Viejo, CA 92656
15403003  Huntington National Bank P.O. Box 1558             Columbus, OH 43216
15403004  Specialized Loan Servicing  8742 Lucent Blvd.      Littleton, CO 80129
15403005  Well Fargo Dealer Services  P.O. Box 10709         Raleigh, NC 27605
15403006  Wyndham Vacation         10750 W. Charleston Blvd. Las Vegas, NV 89135

TOTAL: 8