**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lacy F. Richardson  CHAPTER 13
Regina L. Richardson
Debtor(s)  BKY. NO. 21-21820 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2 and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
19 Aug 2021, 13:59:13, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 8b50bc67438669d98685b38fe007bb01642160dc798cd438d64856e9585e93ec