IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-21820 JAD |
| | ) | |
| Lacy F. Richardson and | ) | Chapter 13 |
| Regina L. Richardson, | ) | |
| | ) | Related to |
| Debtor(s) | ) | Doc No. 20 |
| | ) | |
| Lacy F. Richardson and | ) | |
| Regina L. Richardson, | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**ORDER OF COURT**

AND NOW, this ___10th___ day of ___September___, 2021, and upon consideration of the foregoing Motion to Reschedule the Debtors' Section 341 Meeting of Creditors, it is hereby:

**ORDERED** that the Section 341 Meeting of Creditors in the above-styled case scheduled on September 13, 2021 at 11:00 a.m. be and hereby is cancelled, and the meeting shall be rescheduled to a date after September 13, 2021; or

**IT IS FURTHER ORDERED** that the first Section 341 Meeting of Creditors in the above-styled case shall be held on ___October___ ___4___, 2021, at ___10:00___ :a .m. at Ch 13 341 ZOOM LOCATION (go to www.ch13pitt.com, meetings@chapter13trusteewdpa.com)

_____sjk_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
9/10/21 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lacy F. Richardson  
Regina L. Richardson  
    Debtors

Case No. 21-21820-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 2  
Date Rcvd: Sep 10, 2021      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lacy F. Richardson, Regina L. Richardson, 1501 Library Street, McKeesport, PA 15132-4716 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15403001 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15403004 | + | Specialized Loan Servicing, 8742 Lucent Blvd., Littleton, CO 80129-2386 |
| 15406771 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15403005 | + | Well Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15404863 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 10 2021 23:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15403002 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2021 23:09:00 | Carrington Mortgage, 15 Enterprise Street, Aliso Viejo, CA 92656-2653 |
| 15407000 | + | Email/Text: mstover@gercls.com | Sep 10 2021 23:09:00 | Great Eastern Resort Corporation, dba Massanutten Resort, c/o Great Eastern Resort Corporation, P.O. Box 6006, Charlottesville VA 22906-6006 |
| 15403003 | + | Email/Text: bankruptcy@huntington.com | Sep 10 2021 23:09:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15403487 | + | Email/Text: bankruptcy@huntington.com | Sep 10 2021 23:09:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15403006 | + | Email/Text: bankruptcydept@wyn.com | Sep 10 2021 23:09:00 | Wyndham Vacation, 10750 W. Charleston Blvd., Las Vegas, NV 89135-1049 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-21820-JAD    Doc 23    Filed 09/12/21    Entered 09/13/21 00:23:43    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: pdf900 | Total Noticed: 13 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis J. Spyra | on behalf of Joint Debtor Regina L. Richardson attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Dennis J. Spyra | on behalf of Debtor Lacy F. Richardson attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7