IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | | Bankruptcy No. 21-21820-JAD |
| : | | Chapter 13 |
| Lacy F .Richardson : | | |
| Regina L. Richardson, : | | |
|         Debtors, : | | |
| : | | |
| Lacy F. Richardson : | | Related to Document No. 46 |
| Regina L. Richardson, : | | |
|         Movants, : | | |
| : | | |
| v. : | | Hearing Date and Time: |
| : | | August 11, 2022 at 2:00 p.m. |
| Carrington Mortgage Services, LLC : | | |
| and Ronda J. Winnecour, Chapter 13 Trustee, : | | |
|         Respondents. : | | |

**AMENDED CERTIFICATE OF SERVICE OF AMENDED NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 8/16/21 AND AMENDED CHAPTER 13 PLAN DATED 6/28/2022**

      I certify under penalty of perjury that I served the above-captioned pleading(s) on the parties at the addresses specified below or on the attached list on June 30, 2022.
      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.
      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:
See attached mailing matrix.

Service by NEF:
Office of the U.S. Trustee                                            Ronda J. Winnecour, Trustee
1001 Liberty Avenue                                                 Suite 3250 USX Tower
Liberty Center, Suite 970                                        600 Grant Street
Pittsburgh, PA 15222                                                 Pittsburgh, PA 15219

EXECUTED ON: June 30, 2022                  By:      /s/ Dennis J. Spyra, Esq.
                                                                              Dennis J. Spyra & Associates
                                                                              3265 Long Hollow Road
                                                                              Elizabeth, PA 15037
                                                                              (412) 673-5228
                                                                              attorneyspyra@dennisspyra.com
                                                                              PA I.D. # 46188

**PAWB Local Form 7 (07/13)**

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899

Carrington Mortgage
15 Enterprise Street
Aliso Viejo, CA 92656

Carrington Mortgage Services, LLC
P.O. Box 5001
Westfield, IN 46074

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219

Great Eastern Resort Corporation
dba Massanutten Resort
c/o Great Eastern Resort Corporation
P.O. Box 6006
Charlottesville VA 22906

Huntington National Bank
P.O. Box 1558
Columbus, OH 43216

Lacy F. Richardson
Regina L. Richardson
1501 Library Street
McKeesport, PA 15132

Peoples Natural Gas Company LLC
c/o GRB Law
Frick Bldg., 14th Floor, 437 Grant St.
Pittsburgh, PA 15219

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Specialized Loan Servicing
8742 Lucent Blvd.
Littleton, CO 80129

The Bank of New York Mellon Trustee
c/o Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, CO 80111

The Bank of New York Mellon, et. al
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

The Huntington National Bank
P O Box 89424
Cleveland OH 44101-8539

Well Fargo Dealer Services
P.O. Box 10709
Raleigh, NC 27605

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 130000
Raleigh NC 27605

Wyndham Vacation
10750 W. Charleston Blvd.
Las Vegas, NV 89135