**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LACY F. RICHARDSON<br>REGINA L. RICHARDSON<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Respondents. | Case No.:21-21820 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/16/2021 and confirmed on 12/06/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,546.00 |
| Less Refunds to Debtor | 18.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,527.14 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,467.57 | |
|     Trustee Fee | 3,765.41 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,232.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON  - TRUSTEE<br>    Acct: 1890 | 0.00 | 48,493.27 | 0.00 | 48,493.27 |
|   BANK OF NEW YORK MELLON  - TRUSTEE<br>    Acct: 1890 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON  - TRUSTEE<br>    Acct: 1890 | 9,538.28 | 0.00 | 0.00 | 0.00 |
|   GREAT EASTERN RESORT CORPORATION<br>    Acct: 2740 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>    Acct: 8307 | 15,962.63 | 13,271.75 | 1,003.67 | 14,275.42 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 1378 | 35,762.70 | 9,742.85 | 3,782.62 | 13,525.47 |
| | | | | 76,294.16 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LACY F. RICHARDSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-21820 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| | | | | |
|---|---|---|---|---|
| LACY F. RICHARDSON | 18.86 | 18.86 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA ESQ | 3,500.00 | 3,467.57 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

Unsecured

| | | | | |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC | 15,054.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8474 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 3,692.14 | 0.00 | 0.00 | 0.00 |
| Acct: 8562 | | | | |
| WYNDHAM VACATION RESORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3657 | | | | |
| PEOPLES NATURAL GAS COMPANY LLC** | 712.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9890 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 45.99 | 0.00 | 0.00 | 0.00 |
| Acct: 8854 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 76,294.16 |
|---|---|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 61,263.61 |
| UNSECURED | 19.504.99 |

Date: 09/03/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com